DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH N. WOLINER,**
Appellant,

v.

**WILLIAM J. MCFARLANE, III, WILLIAM J. MCFARLANE, III, P.A.,
MCFARLANE DOLAN & PRINCE, WILLIAM R. HUSEMAN,
WILLIAM R. HUSEMAN, P.A., DAVID S. FURSTELLER,**
and **DAVID S. FURSTELLER, P.A.,** d/b/a **FURST LAW GROUP, P.A.,**
Appellees.

No. 4D20-2163

[August 5, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502019CA005331XXXXMB.

Curtis Carlson of Carlson & Associates, P.A., Miami, for appellant.

William T. Viergever, Peter A. Cooke, Jodi G. Barrett, and Kathryn Harden of Hall Booth Smith, P.C., West Palm Beach, for appellees William J. McFarlane, III, and William J. McFarlane, III, P.A..

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and FAHNESTOCK, FABIENNE E., Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***